**Below is the Order of the Court.**

_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 18-41177 |
| DARRELL FRAMKE, | |
| Debtor. | |
| KATHRYN A. ELLIS, Trustee of the Estate of Darrell Framke, | Adv. No. 19-04019 |
| Plaintiff, | *EX PARTE* ORDER OF DISMISSAL |
| vs. | |
| NATIONAL FLOOD SERVICES LLC, dba AON NATIONAL FLOOD SERVICES INC., a Delaware corporation doing business in the State of Washington; ASSURANT INC., dba AMERICAN BANKERS INSURANCE COMPANY, a Delaware corporation doing business in the State of Washington; NATIONSTAR MORTGAGE LLC, dba CHAMPION MORTGAGE COMPANY, a Delaware limited liability company doing business in the State of Washington; and SYBIL FRAMKE, believed | |

*EX PARTE* ORDER OF DISMISSAL - 1

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

to be an unmarried woman,

Defendants.

THIS MATTER having come on before the Honorable Brian D. Lynch of the above entitled Court, the Court being advised in the premises therefore, and specifically that Defendant Assurant Inc. has complied with the terms of the settlement approved by this Court on June 13, 2019 (Bk. No. 18-41177, Docket No. 40), and all of the remaining Defendants were dismissed by order of this Court entered on June 13, 2019 (Adv. No. 19-04019, Docket No. 10), now therefore

IT IS HEREBY ORDERED that this adversary proceeding shall be and is hereby dismissed with prejudice and without fees or costs to any party.

///End of Order///

Presented by:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Plaintiff

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Framke\cmp\Turnover\2nd_dismiss_ord.wpd

*EX PARTE* **ORDER OF DISMISSAL - 2**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002